IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LATISIA UNDERWOOD,**

**Plaintiff,**

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

**Defendant.**                                                                 No. 10-CV-808-DRH

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is Defendant's unopposed motion for remand (Doc. 21). Defendant states that the parties have conferred and agree that remand of this matter for further administrative proceedings is appropriate. Accordingly, Defendant asks this Court to enter judgment under the fourth sentence of 42 U.S.C. § 405(g), reversing the Commissioner's decision with remand to the agency for further administrative proceedings. The Court acknowledges the Parties' agreement to remand and grants Defendant's motion in support thereof (Doc. 21). Therefore, the Court reverses the findings of the Commissioner and remands the case to the Commissioner for further findings. The Court further orders the Clerk of the Court

to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 14th day of January, 2011.

David R. Herndon
2011.01.14
09:30:41 -06'00'

**Chief Judge**
**United States District Court**