IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LATISIA UNDERWOOD,**

**Plaintiff,**

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

**Defendant.**                                                                 **No. 10-CV-808-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court on an unopposed motion for remand.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 14, 2011, judgment is entered as follows: The final decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further findings.------------------------------------------------------------------------------------------------

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


BY:      *s/Sandy Pannier*
              **Deputy Clerk**

Dated: January 19, 2011

David R. Herndon
2011.01.19
11:04:37 -06'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT